■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONTRELL CLARKE, Appellant. [782 NYS2d 814]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered January 14, 2002, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to disprove his justification defense beyond a reasonable doubt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Manning,* 8 AD3d 298 [2004]; *People v Littlejohn,* 307 AD2d 976 [2003]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]; *People v Florival,* 262 AD2d 499 [1999]), we find that it was legally sufficient to establish the elements of murder in the second degree and criminal possession of a weapon in the second degree and to disprove the defense of justification beyond a reasonable doubt (*see People v Manning, supra; People v Henry,* 244 AD2d 424 [1997]; *People v Lemaire,* 187 AD2d 532 [1992]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Ritter, J.P., H. Miller, Goldstein and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NERON DOZIER, Appellant. [782 NYS2d 646]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 27, 2003 (*People v Dozier,* 305 AD2d 696 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered June 21, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Mastro and Rivera, JJ., concur.